IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JONATHAN UBBENGA,<br>  *Plaintiff*,<br><br>v.<br><br>TARLETON STATE UNIVERSITY;<br>LONN REISMAN; and AARON<br>MEADE,<br>  *Defendants*. | §<br>§<br>§<br>§<br>§   Cause No. _____<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF STATE COURT DOCUMENTS

The following documents comprise all process, pleadings, and orders[1] in the state court suit:

1. Plaintiff's Original Petition, 11/28/2022
2. Plaintiff's Request for Jury Fee, 11/29/2022
3. Plaintiff's First Amended Petition, 11/29/2022
4. Defendant TSU's Original Answer and General Denial, 12/19/2022
5. Plaintiff's Request for Jury to be Set, 12/20/2022
6. Defendant TSU's Objection to Request for Jury to be Set, 12/21/2022
7. Defendant TSU's Plea to the Jurisdiction, 3/17/2023
8. Notice of Hearing on Defendant TSU's Plea to the Jurisdiction, 5/2/2023
9. Plaintiff's Response to Defendant TSU's Plea to the Jurisdiction and Brief in Support, 5/26/2023
10. Plaintiff's Second Amended Petition, 5/30/2023

---

[1] No orders have been entered in the state court suit.

EXHIBIT 1

11. OAG Correspondence to the Court Passing the Hearing on Defendant TSU's Plea to the Jurisdiction, 6/1/2023

12. Citation to Aaron Meade, 6/5/2023

13. Citation to Lonn Reisman, 6/5/2023

14. Defendant Lonn Reisman's Original Answer and General Denial, 6/26/2023