# CIVIL CASE SUMMARY
# REGISTER OF ACTIONS
## CASE NO. 22CVDC-00115

| | | |
|---|---|---|
| Jonathan Ubbenga vs. Tarleton State University, Aaron Meade, LONN REISMAN | § § § § | Location: **266th District Court**<br>Judicial Officer: **Cashon, Jason C.**<br>Filed on: **11/28/2022** |

### CASE INFORMATION

Case Type: **Other Landlord/Tenant - Commercial**

Case Status: **11/28/2022 Active**

Case Flags: **Jury Requested**

### CASE ASSIGNMENT

**DATE**

**Current Case Assignment**
Case Number: 22CVDC-00115
Court: 266th District Court
Date Assigned: 11/29/2022 8:04 AM
Judicial Officer: Cashon, Jason C.

### EVENTS & ORDERS OF THE COURT

**DATE**

## EVENTS

| Date | Event |
|---|---|
| 11/28/2022 | New Cases Filed (OCA) |
| 11/28/2022 | Petition<br>*Plaintiff's Original Petition* |
| 11/29/2022 | Request<br>*Letter Requesting Jury Fee Be Paid* |
| 11/29/2022 | Amended Filing<br>*Plaintiff's Amended Petition* |
| 12/19/2022 | Answer/Response<br>*20221219 TSU's Original Answer and General Denial* |
| 12/20/2022 | Request<br>*Letter Requesting Jury Be Set On Next Available Docket* |
| 12/21/2022 | No Fee Documents<br>*TSU's Objection to Plaintiff's Trial Setting Request* |
| 01/20/2023 | Notice<br>*PLAINTIFF'S INITIAL DISCLOSURES* |
| 03/17/2023 | No Fee Documents<br>*TSU Plea to the Jurisdiction* |
| 05/02/2023 | Notice<br>*Ntc of Hearing re TSU PTJ* |
| 05/26/2023 | Answer/Response |
| 05/30/2023 | Amended Filing<br>*Plaintiff's Second Amended Petition* |
| 06/01/2023 | No Fee Documents |

**EXHIBIT 2**

## CIVIL CASE SUMMARY
## REGISTER OF ACTIONS
### CASE NO. 22CVDC-00115

| | |
|---|---|
| | *Letter Removing Plea to Jurisdiction Hearing* |
| 06/05/2023 | Citation<br>*Citation issued to Aaron Meade* |
| 06/05/2023 | Citation<br>*Citation issued to Lonn Reisman* |
| 06/26/2023 | Answer/Response<br>DEFENDANT LONN REISMAN S<br>ORIGINAL ANSWER AND GENERAL DENIAL |

### HEARINGS

| | |
|---|---|
| 06/12/2023 | *CANCELED* **Plea to Jurisdiction** (9:00 AM) (Judicial Officer: Cashon, Jason C.)<br>  *Attorney Requested* |

### SERVICE

| | |
|---|---|
| 06/05/2023 | **Citation**<br>Meade, Aaron<br>Unserved |
| 06/05/2023 | **Citation**<br>REISMAN, LONN<br>Unserved |

### FINANCIAL INFORMATION

No Financial Information Exists