22CVDC-00115

Case 4:23-cv-00675-Y   Document 1-4   Filed 06/29/23   Page 1 of 1   PageID 16

Filed for Record at
11/29/2022 12:34 PM
Susan Culpepper
Clerk of the 266th District Court
Erath County, Texas

# David Fielding, pc

Attorney
17 Thornhill Road
Benbrook, Texas 76132
Cell: 817-996-8673

David Fielding
dfielding@fieldingpc.com

November 29, 2022

Ms. Wanda Greer                                    Via E-File
District Clerk, Erath County
298 S. Graham
Stephenville, Texas 76401

        Re:  Case Number 22CVDC-00115
            Jonathan Ubbenga vs. Tarleton State University

Dear Ms. Greer:

With regard to the above-referenced case, this letter is to request that a jury fee be paid.

Thank you for your courteous attention to this matter.

        Sincerely,

        /s/ David Fielding
        David Fielding

cc:  Client

EXHIBIT 4