22CVDC-00115

Case 4:23-cv-00675-Y   Document 1-6   Filed 06/29/23   Page 1 of 3   PageID 22

Filed for Record at
12/19/2022 8:29 AM
Susan Culpepper
Clerk of the 266th District Court
Erath County, Texas

## CAUSE NO. 22CVDC-00115

| | | |
|---|---|---|
| JONATHAN UBBENGA, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | ERATH COUNTY, TEXAS |
| | § | |
| TARLETON STATE UNIVERSITY, | § | |
| | § | |
| *Defendant* | § | 266TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER
## AND
## GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Tarleton State University (TSU), by and through the Attorney General of Texas, and respectfully files this its Original Answer and General Denial, and would show the Court as follows:

## I.
## GENERAL DENIAL

Defendant, Tarleton State University, asserts a general denial, as authorized by Rule 92 of the Texas Rules of Civil Procedure, to the allegations contained in Plaintiff's Original Petition and demands that Plaintiff be required to prove such allegations by a preponderance of the credible evidence as required by law.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General



GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

*/s/Zachary L. Rhines*
ZACHARY L. RHINES
Assistant Attorney General
Texas Bar No.24116957
General Litigation Division
P.O. Box 12548, Capitol Station – MC-019-1
Austin, Texas 78711-2548
(512) 463-9911 | FAX: (512) 320-0667
Zachary.Rhines@oag.texas.gov

**ATTORNEY FOR DEFENDANT
TARLETON STATE UNIVERSITY**

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, *Defendant Tarleton State University's Original Answer and General Denial* was served on the following via eFileTexas.gov service:

David Fielding                                              **Via E-FileTexas**
David Fielding, PC
101 Summit Ave., Suite 1010
Fort Worth, Texas 76102
(817) 529-6070 Telephone
(817) 529-0037 Facsimile
dfielding@fieldingpc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Zachary Rhines*
ZACHARY L. RHINES
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ellen Hoopes on behalf of Zachary Rhines
Bar No. 24116957
ellen.hoopes@oag.texas.gov
Envelope ID: 71116739
Status as of 12/19/2022 8:33 AM CST

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 12/19/2022 8:29:30 AM | SENT |

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 12/19/2022 8:29:30 AM | SENT |