22CVDC-00115

Case 4:23-cv-00675-Y   Document 1-7   Filed 06/29/23   Page 1 of 2   PageID 25

Filed for Record at
12/20/2022 3:25 PM
Susan Culpepper
Clerk of the 266th District Court
Erath County, Texas

# David Fielding, pc

Attorney
17 Thornhill Road
Benbrook, Texas 76132
Cell: 817-996-8673

David Fielding
dfielding@fieldingpc.com

December 20, 2022

Ms. Wanda Greer                           Via E-File
District Clerk, Erath County
298 S. Graham
Stephenville, Texas 76401

       Re:  Case Number 22CVDC-00115
            Jonathan Ubbenga vs. Tarleton State University

Dear Ms. Greer:

    With regard to the above-referenced case, this letter is to request that jury be set for the next available docket.

               Sincerely,

               /s/ David Fielding
               David Fielding

cc: Client

EXHIBIT 7

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 71186040
Status as of 12/20/2022 3:30 PM CST

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 12/20/2022 3:25:03 PM | SENT |

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 12/20/2022 3:25:03 PM | SENT |