22CVDC-00115

Case 4:23-cv-00675-Y   Document 1-8   Filed 06/29/23   Page 1 of 2   PageID 27

Filed for Record at
12/21/2022 1:29 PM
Jan Brown
Clerk of the 266th District Court
Erath County, Texas



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

December 21, 2022

Ms. Candy Perry  *Via E-Filing and email: districtcourt@co.erath.tx.us*
Court Administrator
266th Judicial District Court
Donald R. Jones Justice Center
298 S. Graham
Stephenville, TX 76401

      Re:   *Ubbenga v. Tarleton State University;* Cause No. 22CVDC-00115; In the 266th Judicial District Court of Erath County, Texas.

Dear Ms. Perry

      On December 20, 2022, counsel for Plaintiff Jonathan Ubbenga filed a letter to District Clerk Wanda Greer requesting that "jury be set for the next available docket." This letter is in response to that correspondence.

      To the extent that Plaintiff requests this case be set for trial on the next available jury docket, Defendant Tarleton State University objects to such a setting. As a defendant, Tarleton State University is entitled to due process of law and hopes to engage in discovery and other meaningful motions practice prior to trial. Tarleton State is willing to confer with Plaintiff and file a mutually agreeable scheduling order after the New Year.

      Sincerely,

      */s/ Zachary L. Rhines*
      ZACHARY L. RHINES
      Assistant Attorney General
      General Litigation Division
      P.O. Box 12548, Capitol Station – MC-019-1
      Austin, Texas 78711-2548
      Tel: (512) 463-9911
      Fax: (512) 320-0667
      **Zachary.Rhines@oag.texas.gov**



EXHIBIT 8

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ellen Hoopes on behalf of Zachary Rhines
Bar No. 24116957
ellen.hoopes@oag.texas.gov
Envelope ID: 71217180
Status as of 12/21/2022 2:24 PM CST

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 12/21/2022 1:29:05 PM | SENT |

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 12/21/2022 1:29:05 PM | SENT |