Case 4:23-cv-00675-Y   Document 1-10   Filed 06/29/23   Page 1 of 3   PageID 36

Filed for Record at
5/2/2023 10:55 AM
Jan Brown
Clerk of the 266th District Court
Erath County, Texas

CAUSE NO. 22CVDC-00115

| | | |
|---|---|---|
| JONATHAN UBBENGA, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | ERATH COUNTY, TEXAS |
| | § | |
| TARLETON STATE UNIVERSITY, | § | |
| | § | |
| *Defendant* | § | 266TH JUDICIAL DISTRICT |

### NOTICE OF HEARING ON DEFENDANT TARLETON STATE UNIVERSITY'S PLEA TO THE JURISDICTION

PLEASE TAKE NOTICE that a hearing on Tarleton State University's Plea to the Jurisdiction will be held on **June 12, 2023, at 9:00 a.m**. in the 226th Judicial District Court, Donald R. Jones Justice Center, 298 South Graham, Stephenville, Texas 76401.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

*Ubbenga v. TSU*
TSU Notice of Hrg re PTJ



Page **1** of **2**

CHRISTOPHER D. HILTON
Chief, General Litigation Division

*/s/Zachary L. Rhines*
ZACHARY L. RHINES
Assistant Attorney General
Texas Bar No.24116957
General Litigation Division
P.O. Box 12548, Capitol Station – MC-019-1
Austin, Texas 78711-2548
(512) 463-9911 | FAX: (512) 320-0667
Zachary.Rhines@oag.texas.gov

**COUNSEL FOR DEFENDANT
TARLETON STATE UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, *Notice of Hearing on Defendant Tarleton State University's Plea to the Jurisdiction* was served on the following via eFileTexas.gov service:

David Fielding                                              **Via E-FileTexas**
David Fielding, PC
101 Summit Ave., Suite 1010
Fort Worth, Texas 76102
dfielding@fieldingpc.com

**COUNSEL FOR PLAINTIFF**

/s/ *Zachary Rhines*
ZACHARY L. RHINES
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karen Walters on behalf of Zachary Rhines
Bar No. 24116957
karen.walters@oag.texas.gov
Envelope ID: 75217551
Filing Code Description: Notice
Filing Description: Ntc of Hearing re TSU PTJ
Status as of 5/2/2023 11:01 AM CST

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 5/2/2023 10:55:42 AM | SENT |

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 5/2/2023 10:55:42 AM | SENT |