22CVDC-00115
Case 4:23-cv-00675-Y   Document 1-13   Filed 06/29/23   Page 1 of 2   PageID 57
Filed for Record at 6/1/2023 4:49 PM
Susan Culpepper
Clerk of the 266th District Court
Erath County, Texas

**Candy Perry**

| | |
|---|---|
| **From:** | Zachary.Rhines@oag.texas.gov (Zachary Rhines) <Zachary.Rhines@oag.texas.gov> |
| **Sent:** | Thursday, June 1, 2023 4:18 PM |
| **To:** | Candy Perry |
| **Cc:** | dfielding@fieldingpc.com; Karen Walters |
| **Subject:** | RE: June 12 Hearing | Ubbenga v. TSU; Cause No. 2CVDC-00115 |

**External Sender:** This email originated from outside of Erath County. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never reply to a suspicious email, contact sender by different method to verify. You may also forward this email to phishing@co.erath.tx.us for review.

Ms. Perry,

I have spoken with Mr. Fielding, and since he has amended his petition, my Plea is moot. We would like to pass the hearing on the 12th, if possible.

Best,

**Zac Rhines**
**Assistant Attorney General**
General Litigation Division
300 West 15th Street, 6th Floor, Austin, Texas 78701
P.O. Box 12548, Austin, TX 78711-2548
(512) 463-9911 | Fax: (512) 302-0667
email: zachary.rhines@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL:** This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**From:** Candy Perry <districtcourt@co.erath.tx.us>
**Sent:** Thursday, May 25, 2023 3:11 PM
**To:** Zachary Rhines <Zachary.Rhines@oag.texas.gov>
**Cc:** dfielding@fieldingpc.com; Karen Walters <Karen.Walters@oag.texas.gov>
**Subject:** RE: June 12 Hearing | Ubbenga v. TSU; Cause No. 2CVDC-00115

Normally all hearings are in person, but I will talk with Judge Cashon when he is back in the office.

EXHIBIT 13

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 76212420
Filing Code Description: No Fee Documents
Filing Description: Letter Removing Plea to Jurisdiction Hearing
Status as of 6/1/2023 4:51 PM CST

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 6/1/2023 4:49:57 PM | SENT |

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 6/1/2023 4:49:57 PM | SENT |