CITATION
CAUSE NO. **22CVDC-00115**

THE STATE OF TEXAS

TO: **Lonn Reisman**
**Tarleton State University**

Defendant, in the hereinafter styled and numbered cause:

You are hereby commanded to appear before the 266th Judicial District Court of Erath County, Texas, to be held at the Courthouse of said County in the city of Stephenville, Erath County, Texas, by filing a written answer to **Plaintiff's Second Amended Petition** at or before 10:00 o'clock, A.M., of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in Cause Number **22CVDC-00115** styled **Jonathan Ubbenga vs. Tarleton State University** filed on May 30, 2023.

The name and address of the attorney for plaintiff, or the address of plaintiff is:
DAVID FIELDING, 101 SUMMIT AVE, SUITE 1010  FORT WORTH TX  76102

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 o'clock, A.M., on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, Wanda Greer District Clerk, of the 266th Judicial District Court of Erath County, Texas.

Issued and given under my hand and seal of said Court at office, on this the 5th day of June, 2023.

Address:   Donald R. Jones Justice Center
           298 South Graham St.
           Stephenville, Texas 76401

Wanda Greer, District Clerk
266th District Court
Erath County, Texas

By: Susan Culpepper

---

OFFICER OR AUTHORIZED PERSON'S RETURN

Came to hand this _____day of _____, 20___, at _____o'clock ___m, and executed at _____, within the County of _____, at _____o'clock ___m. on the _____day of _____ 20____, by delivering to the defendant, **LONN REISMAN,** in person, a true copy of this Citation together with the accompanying copy of the **Plaintiff's Second Amended Petition** attached thereto and I endorsed on said copy of **Plaintiff's Second Amended Petition** the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20____.

Sheriff/Constable/Authorized Person
_____ County, Texas

BY:_____
Sheriff/Constable/Authorized Person

_____
ID# and Expiration of Certification

State of TEXAS
County of ERATH

Subscribed and sworn to before me, a notary public, on_____

_____
Notary Public
My Commission Expires:_____          (NOTARY SEAL WITH EXPIRATION DATE)

**EXHIBIT 15**