Case 4:23-cv-00675-Y   Document 1-16   Filed 06/29/23   Page 1 of 4   PageID 61

Filed for Record at
6/26/2023 2:29 PM
Yessenia Delgado
Clerk of the 266th District Court
Erath County, Texas

CAUSE NO. 22CVDC-00115

| | | |
|---|---|---|
| JONATHAN UBBENGA, | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § § | |
| v. | § § | ERATH COUNTY, TEXAS |
| TARLTON STATE UNIVERSITY, | § § § | |
| *Defendant* | § | 266TH JUDICIAL DISTRICT |

## DEFENDANT LONN REISMAN'S
## ORIGINAL ANSWER AND GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Lonn Reisman (Reisman), by and through the Attorney General of Texas, and respectfully files this its Original Answer and General Denial, and would show the Court as follows:

### I.
### GENERAL DENIAL

Defendant, Lonn Reisman, asserts a general denial, as authorized by Rule 92 of the Texas Rules of Civil Procedure, to the allegations contained in Plaintiff's Second Amended Petition and demands that Plaintiff be required to prove such allegations by a preponderance of the credible evidence as required by law.

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General



GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division

*/s/Zachary L. Rhines*
ZACHARY L. RHINES
Assistant Attorney General
Texas Bar No.24116957
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-9911 | FAX: (512) 320-0667
Zachary.Rhines@oag.texas.gov

**COUNSEL FOR DEFENDANTS TARLETON STATE UNIVERSITY AND LONN REISMAN**

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, *Defendant Lonn Reisman's Original Answer and General Denial* was filed and served on the following via eFileTexas.gov service and/or as follows:

David Fielding, PC     **Via E-FileTexas**
101 Summit Ave., Suite 1010
Fort Worth, Texas 76102
(817) 529-6070 Telephone
(817) 529-0037 Facsimile
dfielding@fieldingpc.com

**COUNSEL FOR PLAINTIFF**

/s/ *Zachary Rhines*
ZACHARY L. RHINES
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karen Walters on behalf of Zachary Rhines
Bar No. 24116957
karen.walters@oag.texas.gov
Envelope ID: 76964563
Filing Code Description: Answer/Response
Filing Description: DEFENDANT LONN REISMAN'S ORIGINAL ANSWER AND GENERAL DENIAL
Status as of 6/26/2023 2:33 PM CST

Associated Case Party: Jonathan Ubbenga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Fielding | 6974500 | dfielding@fieldingpc.com | 6/26/2023 2:29:15 PM | SENT |

Associated Case Party: Tarleton State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 6/26/2023 2:29:15 PM | SENT |