CAUSE NO. 22CVDC-00115

| | | |
|---|---|---|
| JONATHAN UBBENGA,<br>    *Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § § | |
| TARLETON STATE UNIVERSITY;<br>LONN REISMAN; and AARON<br>MEADE,<br>    *Defendants*. | § § § § § | ERATH COUNTY, TEXAS<br><br>266TH JUDICIAL DISTRICT |

## DEFENDANTS TARLETON STATE UNIVERSITY AND LONN REISMAN'S NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

Defendants Tarleton State University and Lonn Reisman ("State Defendants") file this Notice of Filing of Removal to Federal Court, hereby giving notice to this Court and all other parties that on June 29, 2023, State Defendants removed this case from this Court to the United States District Court for the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the Notice of Removal filed in federal court is attached to and filed with this Notice as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), removal to federal court has been effected, and further proceedings in this Court are prohibited by statute "unless and until the case is remanded." 28 U.S.C. § 1446(d).

    Respectfully submitted.

    JOHN SCOTT
    Provisional Attorney General

    BRENT WEBSTER
    First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division


 /s/  *Zachary L. Rhines*
ZACHARY L. RHINES
Assistant Attorney General
State Bar No. 24116957
General Litigation Division
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Telephone: (512) 463-9911
Telecopier: (512) 302-0667
Zachary.Rhines@oag.texas.gov

*Counsel for Defendants Tarleton State University and Lonn Reisman*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2023, *Defendant Tarleton State University and Lonn Reisman's Notice of Filing of Removal to Federal Court* was filed and served on the following via eFileTexas.gov service and/or as follows:

| | |
|---|---|
| David Fielding, PC<br>101 Summit Ave., Suite 1010<br>Fort Worth, Texas 76102<br>(817) 529-6070 Telephone<br>(817) 529-0037 Facsimile<br><br>*Counsel for Plaintiff* | **Via E-FileTexas**<br>dfielding@fieldingpc.com |

 

                                                            /s/ *Zachary Rhines*
                                                          ZACHARY L. RHINES
                                                          Assistant Attorney General