```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

JONATHAN UBBENGA                §
                                §
VS.                             §     ACTION NO. 4:23-CV-675-Y
                                §
TARLETON STATE UNIVERSITY,      §
LON REISMAN and AARON MEADE     §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED January 16, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE